UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EXIST INC.,

                Plaintiff,

-against-

TOKIO MARINE AMERICA INSURANCE COMPANY,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/2023
```

22 Civ. 1679 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The conference scheduled for February 7, 2023, is ADJOURNED *sine die*.

SO ORDERED.

Dated: January 23, 2023
      New York, New York

ANALISA TORRES
United States District Judge