

**Brian L. Grossman**
Senior Associate

P:   +1.646.357.3239
F:   +1.646.776.5743
E:   bgrossman@rsf-llp.com

Reinhardt Savic Foley LLP
New York
200 Liberty Street 27th Fl.
New York, New York 10281
www.rsf-llp.com

August 1, 2023

**VIA ECF**
Hon. Barbara Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   *Exist, Inc. v. Tokio Marine America Insurance Company*
              Case No.: 1:22-cv-01679

Dear Judge Moses,

My firm represents Plaintiff Exist Inc. ("Exist" or "Plaintiff") and I write pursuant to Your Honor's Individual Practices Rules 1(b) and 2(a) to request an adjournment of the currently scheduled August 9, 2023, 9:00 a.m. pre-motion conference (Dkt. No. 37) to a time after August 28, 2023. I have consulted with counsel for Defendant Tokio Marine America Insurance Company ("Defendant") and they have consented to this request for an adjournment.

There is currently a pre-motion conference scheduled for August 9, 2023, at 9:00 a.m. (Dkt. No. 37.) The parties have not previously requested any adjournments or extensions of this conference. Counsel for Plaintiff will be out of the country from August 3, 2023, until August 18, 2023, with his family and, as such, is unable to attend a conference on August 9, 2023. Counsel for Defendant is away with his family from August 21, 2023, until August 28, 2023. Both parties consent to this adjournment and request that the conference be moved to August 29, 2023, September 1, 2023, or any time thereafter. This request for an adjournment does not affect any other scheduled dates.

> Application GRANTED. The conference scheduled for August 9, 2023 is hereby ADJOURNED to **August 29, 2023** at **10:00 a.m.** SO ORDERED.
>
> _____
> Barbara Moses
> United States Magistrate Judge
> August 2, 2023

Respectfully submitted,

Brian L. Grossman

Reinhardt Savic Foley LLP – www.rsf-llp.com – +1.212.710.0970