UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EXIST, INC.,<br><br>        Plaintiff,<br><br> -against-<br><br>TOKIO MARINE AMERICA INSURANCE COMPANY,<br><br>        Defendant. | 22-CV-1679 (AT) (BCM)<br><br>**ORDER** |

**BARBARA MOSES, United States Magistrate Judge.**

    Due to a conflict in the Court's calendar, the conference scheduled for August 29, 2023 at 10:00 a.m. is hereby ADJOURNED to **August 30, 2023** at **11:00 a.m.**

Dated: New York, New York
       August 16, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**