```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/6/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EXIST, INC.,

        Plaintiff,

  -against-

TOKIO MARINE AMERICA INSURANCE COMPANY,

        Defendant.

22-CV-1679 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons stated on the record during today's conference, the Court strikes the expert report of Ron Santicola (Dkt. 40-1). No later than **September 20, 2023**, plaintiff shall file a letter-brief in support of its request to reopen expert designations so as to permit it to serve a new expert report. No later than **September 27, 2023**, defendant shall file its responding letter-brief.

Dated: New York, New York
       September 6, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**