```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/7/2024  
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EXIST INC.,

                 Plaintiff,

-against-

TOKIO MARINE AMERICA INSURANCE COMPANY,

                 Defendant.

22 Civ. 1679 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letters dated February 5, 2024. *See* ECF Nos. 58–59. Accordingly:

1. Plaintiff's request to file a motion for summary judgment is GRANTED;
2. Defendant's request to file a cross-motion for summary judgment is GRANTED;
3. By **March 6, 2024**, Plaintiff shall file its motion for summary judgment and any supporting papers, including its statement of material facts pursuant to Local Civil Rule 56.1;
4. By **April 5, 2024**, Defendant shall file its cross-motion for summary judgment, opposition to Plaintiff's motion, and any supporting papers, including its statement of material facts pursuant to Local Civil Rule 56.1;
5. By **April 26, 2024**, Plaintiff shall file its opposition to Defendant's cross-motion and its reply, if any;
6. By **May 10, 2024**, Defendant shall file its reply, if any.

    SO ORDERED.

Dated: February 7, 2024
       New York, New York

                                                   ANALISA TORRES
                                       United States District Judge