UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EXIST INC.,

                Plaintiff,

-against-

TOKIO MARINE AMERICA INSURANCE COMPANY,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/8/2024_

22 Civ. 1679 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Fact discovery in this matter has closed. In accordance with the Court's scheduling order dated July 8, 2022, by **May 21, 2024**, the parties shall inform the Court whether they would benefit from either a settlement conference before Magistrate Judge Barbara C. Moses or reference to the District's mediation program. *See* ECF No. 16 ¶¶ 9–10.

    SO ORDERED.

Dated: May 8, 2024
       New York, New York

                              ANALISA TORRES
                            United States District Judge