```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/21/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EXIST INC.,

                Plaintiff,

     -against-

TOKIO MARINE AMERICA INSURANCE COMPANY,

                Defendant.

22 Civ. 1679 (AT) (BCM)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated May 8, 2024, the Court directed the parties to inform the Court whether they would benefit from either a settlement conference before the Honorable Barbara C. Moses or a referral to the District's mediation program. ECF No. 78. The parties wrote jointly in response, stating that "a settlement conference would be productive only after the Court rules on the [p]arties' motions for summary judgment." ECF No. 81.

    Earlier today, the Court ruled on the parties' cross-motions for summary judgment. ECF No. 82. Accordingly, by **January 24, 2025**, the parties shall contact Judge Moses' chambers to schedule a settlement conference. *See* ECF No. 36.

    By **February 18, 2025**, the parties shall file a joint status update on settlement.

    SO ORDERED.

Dated: January 21, 2025
       New York, New York

                                  ANALISA TORRES
                             United States District Judge