UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: _2/4/2025_
```

EXIST INC.,

        Plaintiff,

-against-

TOKIO MARINE AMERICA INSURANCE COMPANY,

        Defendant.

22 Civ. 1679 (AT) (BCM)

**ORDER**

ANALISA TORRES, District Judge:

    A settlement conference before the Honorable Barbara C. Moses is scheduled for March 26, 2025. ECF No. 85. Accordingly, the deadline for the parties to submit a joint status update on settlement, *see* ECF No. 83, is ADJOURNED to **April 9, 2025**.

    SO ORDERED.

Dated: February 4, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge