```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EXIST, INC.,

        Plaintiff,

   -against-

TOKIO MARINE AMERICA INSURANCE COMPANY,

        Defendant.

22-CV-01679 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Due to construction in Courtroom 20A, the settlement conference scheduled for March 26, 2025, at 2:15 p.m., will be held in **Courtroom 18A**, 500 Pearl Street, New York, NY 10007.

Dated: New York, New York
        March 14, 2025

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**