UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EXIST, INC.,

        Plaintiff,

   -against-

TOKIO MARINE AMERICA INSURANCE COMPANY,

        Defendant.

22-CV-1679 (AT) (BCM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/21/2025

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons discussed during today's telephonic pre-settlement conference, the parties must submit, no later than **March 24, 2025 at 4:00 p.m.**, a confidential joint letter to chambers, by email to Moses_NYSDChambers@nysd.uscourts.gov, updating the Court on the status of their settlement negotiations, including the terms of each party's most recent demand or offer.

Dated: New York, New York
       March 21, 2025

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**