UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EXIST, INC.,<br><br>            Plaintiff,<br><br>-against-<br><br>TOKIO MARINE AMERICA INSURANCE COMPANY,<br><br>            Defendant. | No. 22-CV-1679 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The parties in the above-captioned action shall appear for a conference on May 13, 2025 at 11:30 a.m. in Courtroom 12A, 500 Pearl Street, New York, New York 10007.

**SO ORDERED.**

Dated:   April 21, 2025
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge