# Kennedys

**By ECF**

Hon. Loretta A. Preska
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

22 Vanderbilt Avenue
Suite 2400
New York, NY 10017
USA

**t** +1 212.252.0004
**f** +1 212.832.4920

**kennedyslaw.com**

**t** +1 646.625.3979

**D** + 347.543.4133

Frank.jordan@kennedyslaw.com

April 23, 2025

Re:   *Exist, Inc. v. Tokio Marine America Insurance Company*
      **Southern District of New York, Case No.: 1:22-cv-01679;**
      **Second Circuit Court of Appeals, Case No.: 25-402**

### Request to Reschedule Status Conference

Dear Judge Preska,

    Our office represents Defendant-Appellee Tokio Marine America Insurance Company ("Tokio Marine") and I write with consent of counsel for Plaintiff-Appellant Exist, Inc. to respectfully request that the Court reschedule the Status Conference scheduled for May 13, 2025 at 11:30 a.m. (the "Status Conference"). Tokio Marine makes this request as I am the lead attorney and the attorney at my firm most knowledgeable on this case, and I will be out of the state at a mediation in South Carolina from May 12 to May 14, 2025.

    The parties have conferred and respectfully propose the following alternative dates to the Court, May 20, 21 and 22 of 2025. If none of those dates are convenient for the Court, the parties respectfully request a date after June 9, 2025.

    We thank the Court for its consideration.

Kennedys is a trading name of Kennedys CMK LLP, a limited liability partnership, in New Jersey, United States (with registered number 0450171416)

Kennedys Law LLP, a UK Limited Liability Partnership, is a partner of Kennedys CMK LLP

*Kennedys offices, associations and cooperations:*  Argentina, Australia, Belgium, Bermuda, Bolivia, Brazil, Canada, Chile, China, Colombia, Denmark, Dominican Republic, Ecuador, England and Wales, France, Guatemala, Hong Kong, India, Ireland, Israel, Italy, Mexico, New Zealand, Northern Ireland, Norway, Oman, Pakistan, Panama, Peru, Poland, Portugal, Puerto Rico, Scotland, Singapore, Spain, Sweden, Thailand, Turkey, United Arab Emirates, United States of America.

April 23, 2025

**Kennedys**

```
The conference currently scheduled for
May 13, 2025 is adjourned to May 22,
2025 at 9:30 a.m. The Clerk of the Court
shall close docket number 94.
```

Respectfully,

**SO ORDERED.**

*Frank Jordan*

Dated: April 25, 2025

**Frank Jordan**
Partner
for Kennedys

_____
LORETTA A. PRESKA, U.S.D.J.

cc: Counsel of Record (via ECF)